## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Alina Crisan

                Plaintiff,

v.                                        Case No.: 1:25−cv−15252
                                                  Honorable John J. Tharp Jr.

Krisit Noem

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Petitioner's motion for temporary restraining order [2] is granted for reasons stated on the record. Opinion to follow. Ms. Crisan is to be released from ICE custody upon the arrival of a family member at the Clark County Jail in Jeffersonville, Indiana. The government to respond by 1/7/26 to the habeas petition [1]; reply is due by 1/21/26. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.